Gibson, the court appreciates your willingness to accept the appointment in this case under the Criminal Justice Act, and you may proceed. Thank you, Your Honor. May it please the court, this appeal comes before the court after my client, Pamela Alloway, entered a conditional guilty plea to a weapons use of a firearm and a drug offense under 18 U.S.C.